330    APPELLATE COURTS OF ILLINOIS.

A. & L. Mfg. Co. v. Carpenters' D. C. of Chicago, 199 Ill. App. 330.

Anderson & Lind Manufacturing Company, Appellant,
v. Carpenters' District Council of Chicago et al.,
Defendants. John Metz et al., Appellees.

Gen. No. 20,809.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. OSCAR
E. HEARD, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1914. Affirmed in part, reversed in part, and
remanded with directions. Opinion filed April 28, 1916.

## Statement of the Case.

Bill in equity by the Anderson & Lind Manufacturing
Company, complainant, against the United Brother-
hood of Carpenters & Joiners of America, the Car-
penters' District of Chicago, and a number of their
officers, agents and members, defendants, charging
them with conspiring to compel and coerce complain-
ant to unionize or organize its shop, and to establish
and maintain, in order to aid them in securing such
result, an illegal boycott against complainant and the
product of its mill.

This is an appeal to reverse that part of the decree
entered in this case which directs the dissolution of a
temporary injunction, and the dismissal of complain-
ant's amended bill of complaint as to John Metz,
Daniel Galvin, Abe Weinstein, Joseph Morava, Oscar
Olson, Alex Jeschke and the United Brotherhood of
Carpenters & Joiners of America. The decree makes
perpetual such temporary injunction as to the other
defendants, in whose behalf no appeal has been per-
fected by any party in interest.

EDMUND W. FROEHLICH, for appellant.

FARRELL & THOMPSON, for appellees.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

1. CONSPIRACY, § 16*—*when temporary injunction properly dissolved.* On a bill to enjoin a national organization, its local subordinate bodies and certain officers and agents of the latter from unlawfully injuring complainant's business, a temporary injunction against the national organization will be dissolved where there is nothing to show that any wrongful acts were ratified or authorized by the national organization.

2. CONSPIRACY, § 16*—*when temporary injunction against interference with business properly made permanent.* On a bill to enjoin a national organization, its local subordinate agencies and the agents and officers of the latter from conspiring to interfere with the complainant's business by threats, intimidation, boycott and similar illegal acts, a temporary injunction against such officers and agents should be made permanent as to such of the officers and agents as participated in the illegal acts, but not against an agent who merely stated to a witness that complainant should unionize its shop, without any threat or intimidation on his part.